UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 14-20827-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LAQUISHA Q. JOHNSON,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS ON COUNSEL'S CJA VOUCHER REQUEST FOR ATTORNEY'S FEES

**THIS CAUSE** came before the Court upon the Report and Recommendations regarding Criminal Justice Act Voucher FLS 14 1720 issued by United States Magistrate Judge Jonathan Goodman, on July 29, 2015 [ECF No. 68]. Magistrate Judge Goodman recommends that this Court, grant the CJA Voucher FLS 14 1720 and that Philip R. Horowitz be paid **$14,698.90** as fair and final compensation for his work on this case during the period covered by this voucher request. The parties were afforded the opportunity to file objections to the Report and Recommendations, however none were filed. Accordingly, the Court has considered the Report and Recommendations, the pertinent parts of the record, for the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Jonathan Goodman's Report and Recommendations [ECF No. 68], is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13 day of August, 2015.

                                          JOSE E. MARTINEZ
                                          UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
Philip R. Horowitz, Esq
 CJA Administrator